UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY CARRERA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 3:22-cv-405 |
| | ) | |
| TARGET STORES, INC. | ) | |
| AKA TARGET CORPORATION | ) | |
| | ) | |
| Defendant | ) | MARCH 18, 2022 |

**DEFENDANT TARGET STORES, INC. AKA TARGET CORPORATION'S
NOTICE OF REMOVAL**

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Stores, Inc. aka Target Corporation, by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of New Haven at New Haven, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Stores, Inc. aka Target Corporation, on or about February 9, 2022, entitled Mary Carrera v. Target Stores, Inc. aka Target Corporation, NNH-CV-22-6121783-S, bearing a return date of March 22, 2022 and made returnable to the Judicial District of New Haven and filed with the Court on March 15, 2022. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Mary Carrera, asserts claims for common law negligence against the Defendant alleging that the Plaintiff Mary Carrera sustained physical injuries and damages when she fell at the Target store in Orange, Connecticut on February 14, 2020. The Plaintiff is claiming physical injuries, some of which are alleged to be "permanent", that include her back, neck, left knee and left shoulder. Although liability and damages are disputed by the

Defendant, any award in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3)  Target Stores, Inc. is a Minnesota corporations with a principal place of business in Minneapolis Minnesota.

(4)  Plaintiff Mary Carrera is a resident, citizen and is domiciled in West Haven, Connecticut. She provided an address of 161 Winslow Drive, West Haven, Connecticut on the Summons dated February 8, 2022 and filed on March 15, 2022.

(5)  The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff and the matter is between Target Stores, Inc. and plaintiff, which are citizens of different states Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)  This Notice of Removal is being filed within 37 days of Defendant being notified of this lawsuit, but Plaintiff did not file this lawsuit until March 15, 2022; Defendant Target Stores, Inc. complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Stores, Inc. respectfully request that the above action be removed from the Superior Court, Judicial District of New Haven, State of Connecticut, to this Honorable Court.

DEFENDANT TARGET STORES, INC.
AKA TARGET CORPORATION
__/s/ Dawn Neborsky  #27985_____
Dawn M. Neborsky, Esq.
Kiernan Trebach LLP
40 Court Street
Boston, MA 02108
Fed. Bar No. 27985
617-426-3900
dneborsky@kiernantrebach.com

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of March 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Dawn M. Neborsky
Dawn M. Neborsky

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503-6800 | 03/22/2022 |

| ☒ Judicial District ☐ Housing Session | G.A. Number: | At (City/Town) New Haven | Case type code (See list on page 2) Major: T  Minor: 03 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Bonadies Law Firm, 3190 Whitney Ave, Bldg 1, Hamden, CT 06518 | 440417 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 288-1300 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): jessica@bonadieslaw.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: MARY CARRERA  Address: 161 Winslow Drive, West Haven, CT 06516 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: TARGET STORES, INC. AKA TARGET CORPORATION  Address: c/o C T CORPORATION SYSTEM, 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408, United States | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 1   ☐ Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing |
|---|---|---|---|
| 02/08/2022 | | | Jonathan Hasbani |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only — File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

| | | |
|---|---|---|
| RETURN DATE: MARCH 22, 2022 | : | SUPERIOR COURT |
| MARY CARRERA | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| TARGET STORES, INC. AKA TARGET CORPORATION | : | FEBRUARY 8, 2022 |

## COMPLAINT

1. At all times mentioned herein, TARGET STORES, INC. AKA TARGET CORPORATION is a corporation organized under the laws of the State of Minnesota and duly authorized to conduct business in the State of Connecticut.

2. At all times hereinafter mentioned, the Target at 25 Boston Post Rd, Orange, CT 06477, was owned or leased, controlled, managed and/or maintained by the Defendant.

3. On or about February 14, 2020 the Plaintiff, Mary Carrera, was a customer on the Defendant's business premises located at 25 Boston Post Rd, Orange, CT 06477

4. At said time and place, the Plaintiff was injured when she was caused to slip and fall due to veggies/debris causing injuries, losses and damages hereinafter described.

5. Said occurrence was due to the actions and omissions of the defendant, its agents, servants, and/or employees in one or more of the following ways, in that they:

   a. failed to operate business in a reasonably safe or correct manner;

   b. caused, created and/or allowed unsafe conditions to exist in the area that the Plaintiff was walking;

   c. failed to maintain the flooring in the area of the Plaintiff, in a safe condition;

   d. failed to correct, repair, or otherwise remedy unsafe and/or dangerous conditions;

   e. failed to adequately train its employees in detecting, identifying and correcting

      hazardous conditions;

      f.     caused, allowed or permitted the dangerous and defective condition to exist for an unreasonable period of time, and took inadequate measures to remedy and correct the same.

      g.     failed to adequately inspect the floors for said hazards for patrons, like the Plaintiff;

      h.     to follow its own safety policies and procedures to assure safe flooring;

      i.     failed to erect or maintain proper safeguards, warnings, signs or failed otherwise to warn the plaintiff of the aforesaid condition;

      j.     failed to keep said flooring open and safe for use;

      k.     failed to perform timely inspections of the floors.

6.    Defendant's conduct was negligence.

7.    The Defendant, its agents, servants, and/or employees knew, or had it exercised due care or proper diligence, should have known, of the aforesaid conditions.

8.    As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, the Plaintiff received the injuries to the following body parts, some which may be permanent in nature:

      a.     Left knee;

      b.     Left shoulder;

      c.     Neck;

      d.     Back;

9.    The Plaintiff has incurred and will incur expenses for medical care and attention, medicine, x-rays, property, etc. and has been and will be unable to perform her occupational/household

duties as she did prior to said occurrence, all of which has and will cause her loss and damage.

10. As a further result of her injuries, the Plaintiff has suffered a shock to her nervous system. From all of the aforesaid injuries or the effects thereof, the plaintiff has suffered and will suffer pain, anguish, and nervousness, some of which injuries of the effects thereof, are, or are likely to be permanent.

WHEREFORE, the Plaintiff claims:

1. Money damages;

2. Such other relief as law or equity may provide.

                                    THE PLAINTIFF,

BY:     _____
        JONATHAN HASBANI
        THE BONADIES LAW FIRM, LLC
        3190 Whitney Avenue
        Building #1
        Hamden, CT 06518
        Phone 203-288-1300
        Fax 203-288-1302
        Juris # 434016
        Firm # 440417

| | | |
|---|---|---|
| RETURN DATE: MARCH 22, 2022 | : | SUPERIOR COURT |
| MARY CARRERA | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| TARGET STORES, INC. AKA TARGET CORPORATION ET AL | : | FEBRUARY 8, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

THE PLAINTIFF CLAIMS: Damages in excess of $15,000.00, exclusive of interest and costs.

```
                                        THE PLAINTIFF,

                       BY:    _____
                              JONATHAN HASBANI
                              THE BONADIES LAW FIRM, LLC
                              3190 Whitney Avenue
                              Building #1
                              Hamden, CT 06518
                              Phone 203-288-1300
                              Fax 203-288-1302
                              Juris # 434016
                              Firm # 440417
```